Joseph H. Harrington
United States Attorney
Eastern District of Washington
Thomas J. Hanlon
Assistant United States Attorney
Richard C. Burson
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 17 2019

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 1:19-CR-2039-SMJ |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | Vio: 18 U.S.C. §§ 922(g)(1), 924(a)(2) Felon in Possession of a Firearm |
| MORRIS BRUCE JACKSON, | 18 U.S.C. § 924, 28 U.S.C. § 2461 Forfeiture Allegations |
| Defendant. | |

The Grand Jury charges:

On or about June 8, 2019, in the Eastern District of Washington, the Defendant, MORRIS BRUCE JACKSON, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, to wit: a Ruger, model 10/22, caliber .22 LR rifle, bearing serial number 259-85399,

INDICTMENT                    1

which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 922(g)(1), as set forth in this Indictment, the Defendant, MORRIS BRUCE JACKSON, shall forfeit to the United States of America any firearm and ammunition involved or used in the commission of the offense, including, but not limited to:

<u>FIREARM/AMMUNITION</u>

- a Ruger, model 10/22, caliber .22 LR rifle, bearing serial number 259-85399

DATED:  July 16, 2019            A TR

                                 _____
                                 Foreperson

Joseph H. Harrington
United States Attorney

_____
Thomas J. Hanlon
Assistant United States Attorney

_____
Richard C. Burson
Assistant United States Attorney

INDICTMENT                            2