FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 29, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MORRIS BRUCE JACKSON,<br><br>　　　　　　Defendant. | No.　1:19-cr-02039-SMJ<br><br>**ORDER GRANTING DEFENDANT'S MOTION AND DECLARATION TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATE**<br><br>**AMENDED[1] CASE MANAGEMENT ORDER** |

　　　Before the Court, without oral argument, is Defendant Morris Bruce Jackson's Motion and Declaration to Continue Pre-Trial Conference and Trial Date, ECF No. 55. Defense counsel Kenneth D. Therrien requests a continuance of the pretrial motions filing deadline, the pretrial conference, and the trial, to allow more time to examine discovery, prepare any related motions, and prepare for trial. Specifically, Defendant states that additional discovery is anticipated from the Government, and defense counsel will need additional time to review it. Defendant supports counsel's request for a trial continuance for the articulated reasons. ECF

---

[1]　This Order amends and supersedes in part the Court's July 23, 2019 Case Management Order, ECF No. 25.

AMENDED CASE MANAGEMENT ORDER **-** 1

1  No. 56. Assistant U.S. Attorneys Richard Cassidy Burson and Thomas J. Hanlon,
2  appearing on behalf of the Government, do not oppose the request. ECF No. 55.
3        The Indictment was filed on July 17, 2019. ECF No. 18. Defense counsel
4  appeared for Defendant on July 19, 2019. ECF No. 24. This is Defendant's third
5  request for a continuance.
6        To ensure defense counsel is afforded adequate time to review discovery,
7  prepare any pretrial motions, conduct investigation, and prepare for trial, the Court
8  grants the motion, extends the pretrial motion deadline, and resets the currently
9  scheduled pretrial conference and trial dates. The Court finds that Defendant's
10 continuance request is knowing, intelligent, and voluntary, and that the ends of
11 justice served by granting a continuance outweigh the best interest of the public and
12 Defendant in a speedy trial. The delay resulting from Defendant's motion is
13 therefore excluded under the Speedy Trial Act.
14       Counsel are advised that successive continuance requests will be closely
15 scrutinized for the necessity of more time to effectively prepare, taking into account
16 the exercise of due diligence.
17       Having considered the parties' proposed case schedule and deadlines, the
18 Court now enters the following Amended Case Management Order, which sets forth
19 the deadlines, hearings, and requirements the parties will observe in this matter. To
20 the extent this Order conflicts with any previously entered Orders in this matter, this

AMENDED CASE MANAGEMENT ORDER **-** 2

Order shall govern. All counsel are expected to carefully read and abide by this Order and such provisions of the current CMO which have not been superseded hereby. The Court will grant relief from the requirements in this Order only upon motion and good cause shown.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion and Declaration to Continue Pre-Trial Conference and Trial Date, **ECF No. 55** is **GRANTED**.

2. The Court finds, given defense counsel's need for time to review discovery, prepare any pretrial motions, conduct investigation, and prepare for trial, that failing to grant a continuance would result in a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i),(iv). The Court, therefore, finds the ends of justice served by granting a continuance in this matter outweigh the best interest of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

3. **Original CMO.** Counsel must review the provisions of the original July 23, 2019 CMO, ECF No. 25, and abide by those procedures which remain in full force and effect and are incorporated herein except for

<u>the new compliance deadlines in the following Summary of Amended Deadlines</u>.

4. **Pretrial Conference**

   *A.* The current pretrial conference date of February 18, 2020 is **STRICKEN** and **RESET** to **April 21, 2020** at **9:30 A.M.** in **YAKIMA**. At this hearing, the Court will hear **ALL** pretrial motions that are noted for oral argument.

   *B.* All Pretrial Conferences are scheduled to last no more than **thirty (30) minutes**, with each side allotted **fifteen (15) minutes** to present their own motions and resist motions by opposing counsel. If any party anticipates requiring longer than fifteen minutes, that party must notify the Courtroom Deputy at least seven (7) days prior to the hearing. <u>**Any party who fails to provide this notice will be limited to fifteen (15) minutes.**</u>

5. **Trial**. The current trial date of March 18, 2020 is **STRICKEN** and **RESET** to **May 18, 2020**, at **9:00 A.M.** in **YAKIMA**. The <u>**final**</u> pretrial conference will begin at **8:30 A.M.**

6. Pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) and (iv), the Court **DECLARES EXCLUDABLE from Speedy Trial Act calculations** the period from **January 27, 2020**, the date defense counsel moved to

AMENDED CASE MANAGEMENT ORDER **-** 4

continue, through **May 18, 2020,** the new trial date, as the period of delay granted for adequate preparation by counsel.

**7.     Summary of Deadlines**

| | |
|---|---|
| All pretrial motions, including discovery motions, *Daubert* motions, and motions *in limine*, filed | **March 31, 2020** |
| **PRETRIAL CONFERENCE** *Deadline for motions to continue trial* | **April 21, 2020** **9:30 A.M. - YAKIMA** |
| CIs' identities and willingness to be interviewed disclosed to Defendant (if applicable) | **May 1, 2020** |
| Grand jury transcripts produced to Defendant<br>         Case Agent:<br>         CIs:<br>         Other Witnesses: | **May 1, 2020**<br>**May 1, 2020**<br>**May 1, 2020** |
| Exhibit lists filed and emailed to the Court | **May 4, 2020** |
| Witness lists filed and emailed to the Court | **May 4, 2020** |
| Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to the Court | **May 4, 2020** |
| Exhibit binders delivered to all parties and to the Court | **May 5, 2020** |
| Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | **May 6, 2020** |
| Trial notices filed with the Court | **May 5, 2020** |

//

//

//

//

//

//

AMENDED CASE MANAGEMENT ORDER **- 5**

| | |
|---|---|
| Technology readiness meeting (in-person) | **May 6, 2020** |
| **JURY TRIAL** | **May 18, 2020**<br>**9:00 A.M. - YAKIMA** |

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this 29th day of January 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge