FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 09, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MORRIS BRUCE JACKSON,<br><br>　　　　　Defendant. | No.　1:19-cr-02039-SMJ<br><br>**ORDER RESETTING PRETRIAL CONFERENCE, TRIAL DATE, AND RELATED CASE MANAGEMENT DEADLINES** |

　　　　Pursuant to Eastern District of Washington General Order No. 20-101-4, and in light of the evolving public health crisis caused by the outbreak of the Coronavirus Disease 2019 (COVID-19) and the recently-declared national emergency, the Court finds the interests of justice require the pretrial conference, currently set for April 21, 2020, be **RESET** to June 22, 2020. The Court also finds the resulting delay requires the jury trial, currently set to commence on May 18, 2020, be **RESET** to July 27, 2020. Specifically, the Court finds failing to reschedule the hearing poses an undue risk of transmission of the virus, including to Defendant, counsel, Court staff, law enforcement personnel, and the public at large. Moreover, the impact of public health advisories has reduced the availability of Court staff to conduct the hearing as scheduled.

ORDER RESETTING HEARING – 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The pretrial conference, currently set for April 21, 2020, is **STRICKEN** and **RESET** to **June 22, 2020** at **9:00 A.M.** in **Yakima**.

2. The jury trial, currently set for May 18, 2020, is **STRICKEN** and **RESET** to **July 27, 2020** at **9:00 A.M.** in **Yakima.** The final pretrial conference will commence at **8:30 A.M.** on the first day of trial.

3. The Court finds, given the outbreak of the COVID-19 virus, that failing to reschedule the hearing would result in undue risk to Defendant, counsel, law enforcement, Court staff, and the public at large. The Court also finds the impact of public health advisories on the availability of Court staff requires the hearing be rescheduled. The Court, therefore, finds the ends of justice served by resetting the hearing in this matter outweigh the best interest of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

4. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court **DECLARES EXCLUDABLE from Speedy Trial Act calculations** the period from **April 21, 2020**, the date of the original pretrial conference, through **June 22, 2020**, the date of the rescheduled hearing, as the period of delay required by the interests of justice.

ORDER RESETTING HEARING – 2

5.  In light of the delay associated with this Order, the remaining case management dates and deadlines in this matter are amended as follows:

| | Current Date/Deadline | Revised Date/Deadline |
|---|---|---|
| All pretrial motions, including discovery motions, *Daubert* motions, and motions *in limine*, filed | **April 7, 2020** | **May 18, 2020** |
| PRETRIAL CONFERENCE *Deadline for motions to continue trial* | **April 21, 2020 9:30 AM - YAKIMA** | **June 22, 2020 9:00 AM - YAKIMA** |
| CIs' identities and willingness to be interviewed disclosed to Defendant (if applicable) | **May 1, 2020** | **July 13, 2020** |
| Grand jury transcripts produced to Defendant<br>　　Case Agent:<br>　　CIs:<br>　　Other Witnesses: | **May 1, 2020**<br>**May 1, 2020**<br>**May 1, 2020** | **July 13, 2020**<br>**July 13, 2020**<br>**July 13, 2020** |
| Exhibit lists filed and emailed to the Court | **May 4, 2020** | **July 21, 2020** |
| Witness lists filed and emailed to the Court | **May 4, 2020** | **July 21, 2020** |
| Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to the Court | **May 4, 2020** | **July 17, 2020** |
| Exhibit binders delivered to all parties and to the Court | **May 5, 2020** | **July 17, 2020** |
| Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | **May 6, 2020** | **July 21, 2020** |
| Trial notices filed with the Court | **May 5, 2020** | **July 17, 2020** |
| Technology readiness meeting (in-person) | **May 6, 2020** | **July 21, 2020** |

ORDER RESETTING HEARING – 3

| JURY TRIAL | May 18, 2020<br>9:00 AM - YAKIMA | July 27, 2020<br>9:00 AM - YAKIMA |
|---|---|---|

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this 9th day of April 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER RESETTING HEARING – 4