Case 1:19-cr-02039-SMJ    ECF No. 67    filed 06/11/20    PageID.233    Page 1 of 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 11, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MORRIS BRUCE JACKSON,<br><br>Defendant. | No.   1:19-CR-2039-SMJ<br><br>**ORDER ACCEPTING GUILTY PLEA**<br><br>**\*\*SEALED/RESTRICTED\*\*** |

**THE COURT** finds that Defendant's plea of guilty to Count One of the Indictment is knowing, intelligent, and voluntary and is not induced by fear, coercion, or ignorance. The Court finds that this plea is given with knowledge of the charged crime, the essential elements of the charged crime, the Government's evidence of the charged crime, and the consequences thereof. The Court further finds that the facts admitted to by Defendant in open court constitute the essential elements of the crime charged.

**IT IS ORDERED** that the guilty plea is **ACCEPTED**, and all pending motions are **DENIED AS MOOT.** The Clerk's Office is hereby directed to enter this order and furnish copies to counsel.

**DATED** this 11th day of June 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

Document2

ORDER - 1