**KEN THERRIEN**
**413 NORTH SECOND STREET**
**YAKIMA, WA 98901**
**509.457.5991**

Attorney for:

MORRIS BRUCE JACKSON

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF WASHINGTON

### (Honorable Salvador Mendoza Jr.)

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MORRIS BRUCE JACKSON,<br><br>                    Defendant. | NO.   19-CR-2039-SMJ<br><br>DEFENDANT MOTION FOR<br>RELEASE FROM CUSTODY<br><br>**FILED RESTRICTED**<br><br>**February 3, 2021 at 9:00 a.m.**<br>**Yakima, WA - With Oral Argument** |

COMES NOW, Ken Therrien, the attorney for Morris Bruce Jackson and moves the court for an order to release Morris Bruce Jackson from custody. Morris Jackson plead guilty to Felon in Possession of a Firearm on May 19, 2020(ECF 66) Mr. Jackson sentencing hearing is presently scheduled for March 23, 2021 at 9:00 a.m.

On January 15, 2021 (ECF 296) the Court granted Donovan Cloud's request for a continuance and set the new trial date for both Co-Defendants to February 28, 2022. As part of his agreement with the Government, Morris Jackson has agreed to testify for the Government should one or both of the "Co-defendants" proceed to trial.  Morris Jackson was prepared to testify for

DEFENDANT'S MOTION TO BE RELEASED FROM
CUSTODY Page  1

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA  98901
(509) 457-5991

the Government if the case proceeded to trial on January 19, 2021. Since the trial date has been reset to February 28, 2022, both the Government and Morris Jackson agree he should be released from custody pending the new trial date February 28, 2022. To facilitate this Morris Jackson has a made a motion to continue his sentence hearing date to April 26, 2022 at 9:00 a.m. in Yakima, Washington.

Based upon the above, the Government has agreed to release Morris Jackson from custody subject to Standard Conditions of Release and GPS monitoring while awaiting the trial of James and Donovan Cloud. When released, Morris Jackson will stay with his father, Russell Jackson Sr, at a residence located in Skamania County, WA. Counsel for Morris Jackson has contacted Russell Jackson Sr., and has confirmed that Morris Jackson can stay at his address.

The Declarant was advised today by USPO Phil Casey that Skamania County is located in the Western District of Washington. The Declarant will work with the United States Attorney Office and the United States Probation Office to address this issue at the time of the hearing.

Conclusion

Mr. Jackson respectfully request that this court grant his motion for release from custody subject to conditions that the Court deems appropriate.

//
//
//
//
//
//

DEFENDANT'S MOTION TO BE RELEASED FROM
CUSTODY Page  2

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA  98901
(509) 457-5991

Dated this 26th day of January, 2021.

*/s/ Ken Therrien*
KEN THERRIEN, WSBA #20291
Attorney for Morris Jackson
413 North Second Street
Yakima, WA  98901
(509) 457-5991
Fax: (509) 457-6197
kentherrien@msn.com

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on January 26, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

- Thomas Hanlon, Assistant United States Attorney
- Richard C. Burson, Assistant United States Attorney
- Elijah T. Marchbanks, Attorney for Defendant

*s/ Ken Therrien*
KEN THERRIEN, WSBA #20291
Attorney for Morris Jackson
413 North Second Street
Yakima, WA  98901
(509) 457-5991
Fax: (509) 457-6197
kentherrien@msn.com

DEFENDANT'S MOTION TO BE RELEASED FROM
CUSTODY Page  3

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA  98901
(509) 457-5991