UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 19-CR-02039-SMJ- |
|---|---|
| Plaintiff, | |
| vs. | ACKNOWLEDGMENT OF NOTICE OF RIGHTS – PETITION – PRETRIAL RELEASE |
| MORRIS BRUCE JACKSON | |
| Defendant's Printed Name. | |

The undersigned defendant does hereby acknowledge: I appeared on this date and was advised as follows:

1. Of the charge or charges placed against me, and I acknowledge receipt of a copy of Petition for Action on Conditions of Pretrial Release;

2. That I have been advised of the maximum penalty provided by law;

3. My right to remain silent at all times and if I make a statement it can be used against me;

4. My right to retain my own counsel; and if I am without funds, to have counsel appointed to represent me in this matter;

5. My right to a bail hearing, if I am in custody;

6. My right, if I am not a United States citizen, to request a Government attorney or law enforcement official notify my country's consulate of my

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 1

arrest or detention.

_____    Date: 5-6-21
Interpreter Signature

_____    *[signature]*
Interpreter Printed Name         Defendant Signature

**MORRIS BRUCE JACKSON**
Defendant Printed Name

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 2