# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Yakima

**USA v. MORRIS BRUCE JACKSON**       Case No.  1:19-CR-2039-SMJ-1

Video Conference
The Defendant agreed to appear via video conference.

**Initial Appearance on Pretrial Release Petitions:**      05/06/2021

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Thomas Hanlon, US Atty (video) |
| | | ☒ | Kenneth Therrien and Elijah Marchbanks, Defense Atty (video) |
| ☒ | Linda Leavitt, US Probation / Pretrial Services Officer (tele) | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒in custody USM appearing by video from Kittitas County Jail | | |

| | | | |
|---|---|---|---|
| ☐ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☐ | Conditions of Release Imposed | ☐ | Defendant received copy of charging document |
| ☐ | Conditions of Release as Previously Imposed | ☐ | Defendant waived reading of charging document |
| | | ☒ | Petitions reviewed in open court |
| | | ☐ | Supplemental Pre-Trial Services Report ordered |

## REMARKS

    Due to the current COVID-19 public health crisis, all parties including Defendant, appeared by video or teleconference.
    Defendant was assisted by counsel and advised of their rights and the allegations contained in the 3 pending petitions containing alleged violations #1 to 5. The court notes Violation #3 is duplicative of violation #2. USA and Defense agree. The Court dismisses Violation #3.
    The Defendant acknowledged to the Court that their true and correct name is: MORRIS BRUCE JACKSON.
    A denial of the violations pending on the petition is entered on behalf of Defendant.
    Court and counsel discuss scheduling of pretrial release revocation hearing.

**The Court ordered:**
1. Violation #3 is dismissed.
2. Defendant shall be detained by the U. S. Marshal until further order of the Court.

**Pretrial Release Revocation Hrg:**
**05/12/2021 @ 2:00 p.m. [Y/MKD](Video Conf)**