# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 14, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Jackson, Morris Bruce | Docket No. | 0980 1:19CR02039-SMJ-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Morris Bruce Jackson, who was placed under pretrial release supervision by the Honorable U.S. District Judge Salvador Mendoza, Jr. sitting in the Court at Richland, Washington, on the 17th day of February 2021, under the following conditions:

**Standard condition letter I**: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation number 1: Mr. Jackson is alleged to be in violation of his pretrial release conditions by consuming a controlled substance, methamphetamine, on or about February 24, 2021.

On February 24, 2021, conditions of release were reviewed and signed by Mr. Jackson acknowledging an understanding of standard condition letter I, as noted above.

On March 31, 2021, this officer received an email from United States Probation Officer (USPO) Okano in the Western District of Washington. USPO Okano advised Mr. Jackson tested positive for methamphetamine on February 24, 2021, during a random urine collection. Per USPO Okano, Mr. Jackson admitted to "relapsing" and consuming methamphetamine. On April 12, 2021, USPO Okano emailed this officer the results from Abbott Toxicology Laboratory, confirming a positive reading for methamphetamine. As a result, per USPO Okano, Mr. Jackson agreed to secure a substance abuse evaluation and has an appointment scheduled for April 14, 2021, at Helping Professionals Wellness Center located in Vancouver, Washington.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:   April 12, 2021 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

Re: Jackson, Morris Bruce
April 12, 2021
Page 2

THE COURT ORDERS

[ ]　No Action
[ ]　The Issuance of a Warrant
[X]　The Issuance of a Summons
[ ]　The incorporation of the violation(s) contained in this
　　　petition with the other violations pending before the
　　　Court.
[X]　Defendant to appear before the Judge assigned to the case.
[ ]　Defendant to appear before the Magistrate Judge.
[ ]　Other

_____
Signature of Judicial Officer

04/14/2021
_____
Date