UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 23, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Jackson, Morris Bruce | Docket No. | 0980 1:19CR02039-SMJ-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

  COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER ,presenting an official report upon the conduct of defendant Morris Bruce Jackson, who was placed under pretrial release supervision by the Honorable U.S. District Judge Salvador Mendoza, Jr. sitting in the Court at Richland, Washington, on the 17th day of February 2021, under the following conditions:

<u>Standard condition letter I</u>: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

<u>Violation No. 2</u>: Mr. Jackson is alleged to be in violation of his pretrial release conditions by consuming a controlled substance, methamphetamine, on or about April 10, 2021.

On February 24, 2021, conditions of release were reviewed and signed by Mr. Jackson acknowledging an understanding of standard condition letter I, as noted above.

On March 31, 2021, this officer received an email from United States Probation Officer (USPO) Okano in the Western District of Washington. USPO Okano advised Mr. Jackson tested positive for methamphetamine on February 24, 2021, during a random urine collection. Per USPO Okano, Mr. Jackson admitted to "relapsing" and consuming methamphetamine.

On April 12, 2021,  USPO Okano emailed this officer the results from Abbott Toxicology Laboratory, confirming a positive reading for methamphetamine. As a result, per USPO Okano, Mr. Jackson  agreed to secure a substance abuse evaluation which was scheduled for April 14, 2021, at Helping Professionals Wellness Center located in Vancouver, Washington. Mr. Jackson did attend his evaluation appointment on April 14, 2021.

On April 20, 2021, USPO Okano forwarded (via email) this officer the results from Mr. Jackson's evaluation at Helping Professionals Wellness Center on April 14, 2021. According to the evaluation, Mr. Jackson admitted he last consumed methamphetamine on April 10, 2021. Per the evaluation, Mr. Jackson was referred to enter into intensive outpatient (IOP) level 2.1 services.  However,  the chemical dependency treatment provider noted Mr. Jackson was "reluctant to agree/engage to the level of recommended care;" therefore, per the evaluation,  Mr. Jackson would be placed in outpatient treatment (OP) level 1.0 services. The treatment provider also noted in the evaluation if Mr. Jackson cannot maintain sobriety, he will be placed in the original recommendation of level 2.1 intensive outpatient.

  PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION PREVIOUSLY REPORTED TO THE COURT

Re: Jackson, Morris Bruce
April 22, 2021
Page 2

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: April 22, 2021 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

04/23/2021
Date