PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## May 05, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Jackson, Morris Bruce | Docket No. | 0980 1:19CR02039-SMJ-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Morris Bruce Jackson, who was placed under pretrial release supervision by the Honorable U.S. District Judge Salvador Mendoza, Jr., sitting in the Court at Richland, Washington, on the 17th day of February 2021, under the following conditions:

**Standard Condition letter I**: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation No. 3: Mr. Jackson is alleged to be in violation of his pretrial release conditions by consuming a controlled substance, methamphetamine, on or about April 10, 2021.

On February 24, 2021, conditions of release were reviewed and signed by Mr. Jackson acknowledging an understanding of standard condition letter I, as noted above.

On April 14, 2021, Mr. Jackson attended a chemical dependency assessment at Helping Professionals Wellness Center (Helping Professionals) in Vancouver, Washington. During the assessment, Mr. Jackson admitted to the treatment provider (which is noted in the chemical dependency assessment on page 4) that he consumed methamphetamine on or about April 10, 2021.

Violation No. 4: Mr. Jackson is alleged to be in violation of his pretrial release conditions by testing presumptive positive for amphetamine, on or about April 23, 2021.

On February 24, 2021, conditions of release were reviewed and signed by Mr. Jackson acknowledging an understanding of standard condition letter I, as noted above.

On April 23, 2021, Mr. Morris was directed by USPO Okano with the Western District of Washington, to submit a random urine sample at Helping Professionals in Vancouver. Per Helping Professionals notification via email, the urine sample was presumptive positive for amphetamines. According to USPO Okano, a confirmation request was sent to the National laboratory; however, the National laboratory has been experiencing delays in processing requests. The above noted results are still pending.

Violation No. 5: Mr. Jackson is alleged to be in violation of his pretrial release conditions by consuming a controlled substance, methamphetamine, on or before April 29, 2021.

On February 24, 2021, conditions of release were reviewed and signed by Mr. Jackson acknowledging an understanding of standard condition letter I, as noted above.

On April 29, 2021, at the direction of the Court, a urine sample was collected from Mr. Jackson prior to his pretrial revocation hearing. Preliminary results showed Mr. Jackson tested presumptive positive for methamphetamine. Mr. Jackson

**Re: Jackson, Morris Bruce**
**May 4, 2021**
**Page 2**

admitted he consumed methamphetamine "a few days prior" but stated he did not think he would still be positive. The urine sample was sealed in front of Mr. Jackson and sent to Alere Toxicology Services for confirmation. As of the submission of this report, confirmation is still pending.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATIONS WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    May 4, 2021 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt
U.S. Pretrial Services Officer |

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[ X]   The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]   Defendant to appear before the Judge assigned to the case.
[ X]   Defendant to appear before the Magistrate Judge.
[  ]   Other

_M. K. Dimke_

Signature of Judicial Officer

5/5/2021

Date