FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 06, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>MORRIS BRUCE JACKSON,<br><br>           Defendant. | No. 1:19-CR-02039-SMJ-1<br><br>ORDER FOLLOWING INITIAL APPEARANCE ON PRETRIAL RELEASE PETITIONS AND SETTING REVOCATION HEARING |

On Thursday, May 06, 2021, Defendant made an initial appearance for pretrial release violations reported in Petitions dated April 14, 2021, (ECF No. 79, violation 1), April 23, 2021, (ECF No. 81, violation 2), and May 5, 2021, (ECF No. 88, violations 4-5).[1]  With his consent, Defendant appeared by video from Kittitas County Jail and was represented by Ken Therrien and Elijah Marchbanks. Assistant United States Attorney Thomas Hanlon represented the United States.

Defendant was advised of, and acknowledged Defendant's rights.

Defendant denied violating the conditions of Defendant's release.

---

[1] Violation No. 3 was dismissed on motion of the court due to it being duplicative of Violation No. 2.

ORDER FOLLOWING INITIAL APPEARANCE ON PRETRIAL RELEASE PETITION AND SETTING REVOCATION HEARING - 1

A pretrial release revocation hearing was set before **Judge Dimke in Yakima, Washington, by video on Wednesday, May 12, 2021 at 2:00 PM.**  All witnesses shall appear by video.

Pending the hearing, Defendant shall be detained in the custody of the United States Marshal and produced for the hearing.

**IT IS ORDERED:**

1.      Violation No. 3 shall be **DISMISSED** as duplicative of Violation No. 2.

DATED May 6, 2021

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER FOLLOWING INITIAL APPEARANCE ON PRETRIAL RELEASE
PETITION AND SETTING REVOCATION HEARING - 2