# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Yakima

| | |
|---|---|
| **USA v. MORRIS BRUCE JACKSON** | **Case No. 1:19-CR-2039-SMJ-1** |

Video Conference
The Defendant agreed to appear via video conference.

### Revocation of Pretrial Release Hearing:     05/12/2021

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Richard Burson, US Atty (video) |
| | | ☒ | Kenneth Therrien (video) and Elijah Marchbanks (tele), Defense Attys |
| ☒ | Linda Leavitt, US Probation / Pretrial Services (video) and Mark Okano, USPO from WDWA (tele) | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM appearing by video from Kittitas County Jail | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | Defendant continued detained | ☐ | Conditions of Release imposed |
| | | ☐ | AO 199C Advice of Penalties/Sanctions |

## REMARKS

    Defense advised Defendant wishes to admit violations #1, 2, 4, and 5. Court colloquy with Defendant, who admits to violations #1, 2, 4 and 5. The Court finds the Defendant's admissions to be knowing, voluntary and intelligent. The Court had previously dismissed Violation #3 as duplicative.
    USA does not oppose Defendant's release to treatment, if arranged.
    Defense is working on finding Defendant in-patient treatment but does not have anything in place at this time.

**The Court ordered:**
1. USA's Motion for Detention is granted; subject to right to return before the Court should circumstances change.
2. The Court finds that there is sufficient evidence to believe that a violation has been committed and there are no combination of conditions to assure the Defendant's appearance as required or conditions to ensure that defendant is not a danger to the community.
3. The Court ordered that Defendant's release previously ordered by this Court shall be revoked.
4. Defendant shall be detained by the U.S. Marshal until further order of the Court.