**KEN THERRIEN**
**413 NORTH SECOND STREET**
**YAKIMA, WA 98901**
**509.457.5991**


Attorney for:
MORRIS BRUCE JACKSON


# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
### (Honorable Salvador Mendoza, Jr.)

| | |
|---|---|
| UNITED STATE OF AMERICA, | ) NO.   19-CR-2039-SMJ |
| Plaintiff, | ) |
| | ) DEFENDANT'S CORRECTIONS |
| vs. | ) AND COMMENTS TO PSIR |
| | ) |
| MORRIS BRUCE JACKSON, | ) |
| Defendant. | ) |

TO:        VANESSA R. WALDREF, United States Attorney
AND TO:    THOMAS HANLON, Assistant United States Attorney
AND TO:    RICHARD C. BURSON, Assistant United States Attorney
AND TO:    JENNIFER DYKSTRA, United States Probation Officer

　　　Morris Bruce Jackson, by and through his attorney of record, Ken Therrien hereby submits his Corrections and Comments to the PSIR in preparation for his sentencing hearing scheduled for April 26, 2022 at 9:00 a.m. in Yakima, Washington.

//

//

//

//

DEFENDANT'S CORRECTIONS AND COMMENTS TO PSIR
Page  1

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA  98901
(509) 457-5991

## Morris Bruce Jackson Corrections and Comments to the Preliminary Sentence Investigation Report (ECF 102) dated March 22, 2022

Page 2: Mr. Jackson reports he obtained his GED from Goldendale Alternative High School 2001 and his DOB August 7, 1978

Page 3: Paragraph 4 typo, July 19, 2019 (2010) in PSIR

Page 5: Paragraph 21 line 3, Mr. Jackson believes in spoke to Mr. Cagle inside the residence first.

Page 5:  Paragraph 23, typo should read "loud" music

Page 6: Paragraph 26 - 4th line Mr. Jackson believe should read: James" approached him not Donovan.

Page 16: Paragraph 121-122 Mr. Jackson reports someone was using his name. This almost got him fired from his DNR fire fighter job.

Page 17: Paragraph 125 - Mr. Jackson doesn't remember this charge.

Page 17-18: Paragraph 131- Mr. Jackson believes this was dropped by the police.

Page 18: Paragraph 134 - Mr. Jackson reports beat up by his brother.

Page 18: Paragraph 135 - Mr. Jackson never heard of this case until now.

Page 21: Paragraph 148 - Mr. Jackson reports he has rotten back teeth exposure of nerves very painful.

Page 21: Paragraph 149 - Mr. Jackson reports night terrors, he has had one recently.

Page 21: Paragraph 154 - Mr. Jackson reports transportation was a problem.

Page 21: Paragraph 155 - Mr. Jackson reports GED from Goldendale Community College (see page 2 above)

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA  98901
(509) 457-5991

DATED this 5th day of April, 2022.

/s/ Ken Therrien
KEN THERRIEN, WSBA #20291
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on April 5, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

- Thomas Hanlon, Assistant United States Attorney
- Richard C. Burson, Assistant United States Attorney
- Jennifer Dykstra, USPO via email

s/ Ken Therrien
KEN THERRIEN, WSBA #20291
Attorney for Morris Bruce Jackson
413 North Second Street
Yakima, WA  98901
(509) 457-5991
Fax: (509) 457-6197
kentherrien@msn.com

DEFENDANT'S CORRECTIONS AND COMMENTS TO PSIR
Page  3

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA  98901
(509) 457-5991