FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 23, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.  1:19-CR-2039-SMJ |
| vs. ) | |
| MORRIS BRUCE JACKSON, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Received Rule 5 papers from the United States District Court, Western District of Washington.

CLOSED

# U.S. District Court
# United States District Court for the Western District of Washington
# (Tacoma)
# CRIMINAL DOCKET FOR CASE #: 3:22−mj−05162−DWC All Defendants

Case title: USA v. Jackson

Date Filed: 08/23/2022

Other court case number: 1:19−cr−02039−SMJ Eastern District of Washington

Date Terminated: 08/23/2022

Assigned to: Judge David W. Christel

**Defendant (1)**

**Morris Bruce Jackson**
*TERMINATED: 08/23/2022*

represented by **John Robert Carpenter**
FEDERAL PUBLIC DEFENDER'S OFFICE (TAC)
1331 BROADWAY
STE 400
TACOMA, WA 98402
253−593−6710
Fax: 253−593−6714
Email: john_carpenter@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

**Disposition**

18:922(g)(1), 924(a)(2) −
Supervised Release violation

**Plaintiff**

**USA**  represented by **Zachary Wiley Dillon**
US ATTORNEY'S OFFICE (TACOMA)
1201 PACIFIC AVE
STE 700
TACOMA, WA 98402
253−428−3807
Email: zachary.dillon@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/23/2022 | | | Arrest of Morris Bruce Jackson on 8/23/2022. (KEB) (Entered: 08/23/2022) |
| 08/23/2022 | 1 | | CHARGING DOCUMENT RECEIVED FROM ED/WA as to Morris Bruce Jackson (Petition, Memo, Warrant). (KEB) (Entered: 08/23/2022) |
| 08/23/2022 | 3 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER appointing John Robert Carpenter for Morris Bruce Jackson. On the basis of the defendant's sworn financial statement, the court finds that he/she is financially unable to retain counsel. It is hereby ORDERED that the Federal Public Defender for the Western District of Washington be and hereby is appointed to represent the defendant pursuant to Title 18 United States Code 3006A. Approved by Judge David W. Christel. *(No.pdf image attached)* (KEB) (Entered: 08/23/2022) |
| 08/23/2022 | 4 | | NOTICE OF INVOCATION OF RIGHTS AT INITIAL APPEARANCE by Morris Bruce Jackson (KEB) (Entered: 08/23/2022) |
| 08/23/2022 | 5 | | Minute Entry for proceedings held before Judge David W. Christel− CRD: *Kim Brye*; AUSA: *Zachary Dillon*; Def Cnsl: *John Carpenter*; PTS: *Leona Nguyen*; Time of Hearing: *2:15 PM*; Courtroom: *C*; Session #: *TAC220823*; **INITIAL APPEARANCE IN RULE 32.1 PROCEEDINGS AND DETENTION HEARING** as to Morris Bruce Jackson held on 8/23/2022. Financial reviewed − counsel appointed. Defendant advised of rights and charges. Defendant files Waiver of Rule 32.1. Order of Transfer signed. Defendant files Invocation of Rights. Parties argue detention issue. Defendant ORDERED detained. Defendant remanded to custody. (KEB) (Entered: 08/23/2022) |
| 08/23/2022 | 6 | | WAIVER OF RULE 32.1 HEARINGS AND ORDER OF TRANSFER to Eastern District of Washington as to Morris Bruce Jackson by Judge David W. Christel. (cc: PTS, USMO) (Attachments: # 1 Order of Transfer)(KEB) (Entered: 08/23/2022) |
| 08/23/2022 | 7 | | LETTER from WD/WA to ED/WA regarding Rule 32.1 Transfer as to defendant Morris Bruce Jackson (KEB) (Entered: 08/23/2022) |

```
MIME-Version:1.0
From:ECF@wawd.uscourts.gov
To:ECF@wawd.uscourts.gov
Bcc:
--Case Participants: Zachary Wiley Dillon (caseview.ecf@usdoj.gov,
ecf-crm.usawaw@usdoj.gov, jamie.silva@usdoj.gov, katie.sobin@usdoj.gov,
lisa.crabtree@usdoj.gov, zachary.dillon@usdoj.gov), Judge David W. Christel
(christeldocs@wawd.uscourts.gov, lisa_ledford@wawd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:9076886@wawd.uscourts.gov
Subject:Activity in Case 3:22-mj-05162-DWC USA v. Jackson Arrest
```
Content−Type: text/html

# U.S. District Court

## United States District Court for the Western District of Washington

### Notice of Electronic Filing

The following transaction was entered on 8/23/2022 at 3:02 PM PDT and filed on 8/23/2022

**Case Name:** USA v. Jackson
**Case Number:** 3:22−mj−05162−DWC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Arrest of Morris Bruce Jackson on 8/23/2022. (KEB)

**3:22−mj−05162−DWC−1 Notice has been electronically mailed to:**

Zachary Wiley Dillon    zachary.dillon@usdoj.gov, CaseView.ECF@usdoj.gov, ECF−CRM.USAWAW@usdoj.gov, Jamie.Silva@usdoj.gov, Katie.Sobin@usdoj.gov, lisa.crabtree@usdoj.gov

**3:22−mj−05162−DWC−1 Notice will not be electronically mailed to:**

3

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Washington

| United States of America | ) |
| v. | ) |
| Morris Bruce Jackson | ) Case No. 1:19-CR-2039-SMJ-1 |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Morris Bruce Jackson,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
See Petition & Order filed 6/24/2022.

Date: Jun 24, 2022, 9:36 am

*Issuing officer's signature*

City and state: Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

9

```
MIME-Version:1.0
From:ECF@wawd.uscourts.gov
To:ECF@wawd.uscourts.gov
Bcc:
--Case Participants: John Robert Carpenter (amy_strickling@fd.org, carolynn_cohn@fd.org,
jessica_cvitanovic@fd.org, john_carpenter@fd.org, julie_valencia@fd.org,
maritza_pitot@fd.org, waw_ecf_notifications_tac@fd.org), Zachary Wiley Dillon
(caseview.ecf@usdoj.gov, ecf-crm.usawaw@usdoj.gov, jamie.silva@usdoj.gov,
katie.sobin@usdoj.gov, lisa.crabtree@usdoj.gov, zachary.dillon@usdoj.gov), Judge David W.
Christel (christeldocs@wawd.uscourts.gov, lisa_ledford@wawd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:9076897@wawd.uscourts.gov
Subject:Activity in Case 3:22-mj-05162-DWC USA v. Jackson Order Appointing Public Defender
```
Content−Type: text/html

# U.S. District Court

### United States District Court for the Western District of Washington

### Notice of Electronic Filing

The following transaction was entered on 8/23/2022 at 3:05 PM PDT and filed on 8/23/2022

| | |
|---|---|
| **Case Name:** | USA v. Jackson |
| **Case Number:** | 3:22−mj−05162−DWC |
| **Filer:** | |
| **Document Number:** | 3(No document attached) |

**Docket Text:**
 **ORDER APPOINTING FEDERAL PUBLIC DEFENDER appointing John Robert Carpenter for Morris Bruce Jackson. On the basis of the defendant's sworn financial statement, the court finds that he/she is financially unable to retain counsel. It is hereby ORDERED that the Federal Public Defender for the Western District of Washington be and hereby is appointed to represent the defendant pursuant to Title 18 United States Code 3006A. Approved by Judge David W. Christel.** *(No.pdf image attached)* **(KEB)**


**3:22−mj−05162−DWC−1 Notice has been electronically mailed to:**

John Robert Carpenter     john_carpenter@fd.org, Amy_Strickling@fd.org, Jessica_Cvitanovic@fd.org, Julie_Valencia@fd.org, Maritza_Pitot@fd.org, WAW_ECF_Notifications_Tac@fd.org, carolynn_cohn@fd.org

Zachary Wiley Dillon     zachary.dillon@usdoj.gov, CaseView.ECF@usdoj.gov, ECF−CRM.USAWAW@usdoj.gov, Jamie.Silva@usdoj.gov, Katie.Sobin@usdoj.gov, lisa.crabtree@usdoj.gov

**3:22−mj−05162−DWC−1 Notice will not be electronically mailed to:**

FILED ____ LODGED
____ RECEIVED

AUG 23 2022

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Morris Bruce Jackson,

Defendant.

No. MJ22-5162

INVOCATION OF RIGHTS AT
INITIAL APPEARANCE

I, Morris Jackson, the defendant in the above-entitled case, accept an attorney with the Federal Public Defender of the Western District of Washington as my attorney, and invoke my Fifth and Sixth Amendment rights to have my attorney present for any and all questioning, interrogation or examination by law enforcement. This invocation of my rights applies to the investigation in this case, and any other matter that may be the subject of investigation. I also assert my right to remain silent. I revoke any previous waivers relating to questioning and revoke any consent I have given to search.

DATED this 23rd day of August, 2022.

_____
Defendant

Approved by:

_____
Attorney for Defendant

INVOCATION OF RIGHTS
(*United States v.* _____; MJ_____) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

```
MIME-Version:1.0
From:ECF@wawd.uscourts.gov
To:ECF@wawd.uscourts.gov
Bcc:
--Case Participants: John Robert Carpenter (amy_strickling@fd.org, carolynn_cohn@fd.org,
jessica_cvitanovic@fd.org, john_carpenter@fd.org, julie_valencia@fd.org,
maritza_pitot@fd.org, waw_ecf_notifications_tac@fd.org), Zachary Wiley Dillon
(caseview.ecf@usdoj.gov, ecf-crm.usawaw@usdoj.gov, jamie.silva@usdoj.gov,
katie.sobin@usdoj.gov, lisa.crabtree@usdoj.gov, zachary.dillon@usdoj.gov), Judge David W.
Christel (christeldocs@wawd.uscourts.gov, lisa_ledford@wawd.uscourts.gov)
--Non Case Participants: PTS-Tacoma (taccmecf@wawpt.uscourts.gov,
taccmecf@wawpt.uscourts.gov)
--No Notice Sent:

Message-Id:9076915@wawd.uscourts.gov
Subject:Activity in Case 3:22-mj-05162-DWC USA v. Jackson Initial Appearance - Rule
5(c)(3)
Content−Type: text/html
```

# U.S. District Court

## United States District Court for the Western District of Washington

**Notice of Electronic Filing**

The following transaction was entered on 8/23/2022 at 3:10 PM PDT and filed on 8/23/2022

| | |
|---|---|
| **Case Name:** | USA v. Jackson |
| **Case Number:** | 3:22−mj−05162−DWC |
| **Filer:** | |
| **Document Number:** | 5(No document attached) |

**Docket Text:**
**Minute Entry for proceedings held before Judge David W. Christel− CRD: *Kim Brye*; AUSA: *Zachary Dillon*; Def Cnsl: *John Carpenter*; PTS: *Leona Nguyen*; Time of Hearing: *2:15 PM*; Courtroom: *C*; Session #: *TAC220823*; INITIAL APPEARANCE IN RULE 32.1 PROCEEDINGS AND DETENTION HEARING as to Morris Bruce Jackson held on 8/23/2022. Financial reviewed − counsel appointed. Defendant advised of rights and charges. Defendant files Waiver of Rule 32.1. Order of Transfer signed. Defendant files Invocation of Rights. Parties argue detention issue. Defendant ORDERED detained. Defendant remanded to custody. (KEB)**


**3:22−mj−05162−DWC−1 Notice has been electronically mailed to:**

John Robert Carpenter    john_carpenter@fd.org, Amy_Strickling@fd.org, Jessica_Cvitanovic@fd.org, Julie_Valencia@fd.org, Maritza_Pitot@fd.org, WAW_ECF_Notifications_Tac@fd.org, carolynn_cohn@fd.org

Zachary Wiley Dillon    zachary.dillon@usdoj.gov, CaseView.ECF@usdoj.gov, ECF−CRM.USAWAW@usdoj.gov, Jamie.Silva@usdoj.gov, Katie.Sobin@usdoj.gov, lisa.crabtree@usdoj.gov

**3:22−mj−05162−DWC−1 Notice will not be electronically mailed to:**

AO 466 (Rev. 07/16) Waiver of Rule 32.1 Hearing (Violation of Probation or Supervised Release)

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:22-MJ-05162 |
| Morris Bruce Jackson | ) | |
| | ) | Charging District's Case No. 1:19-CR-02039-SMJ-1 |
| *Defendant* | ) | |

FILED ____ LODGED
____ RECEIVED
AUG 23 2022
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

## WAIVER OF RULE 32.1 HEARING
(Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)*  Eastern District of Washington .

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4) a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5) a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☒ an identity hearing and production of the judgment, warrant, and warrant application.

☒ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 8/23/22

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

John R. Carpenter
*Printed name of defendant's attorney*

13



FILED ____ LODGED
____ RECEIVED

AUG 23 2022

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### at Tacoma

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MORRIS BRUCE JACKSON,

    Defendant.

Case 3:22-MJ-5162

ORDER OF TRANSFER

It is hereby ORDERED, pursuant to F.R.Cr.P. 5(c)(3)(D), that further proceedings in this case shall be conducted in the U. S. District Court for the Eastern District of Washington.

The Clerk of this Court shall forthwith transmit to the Clerk of the Court in said district the records of proceedings conducted in this district.

The U. S. Marshal is directed to transport defendant as promptly as possible to that district. If released on bond, the defendant is directed to appear in that district for further proceedings at the time and place specified on the bond or as directed by Counsel.

Dated this 23rd day of August, 2022.

David W. Christel
United States Magistrate Judge

14



# UNITED STATES DISTRICT COURT

**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
Tacoma
1717 Pacific Ave., Suite 3100
Tacoma, WA 98402
(253) 882-3826

**RAVI SUBRAMANIAN**
**District Court Executive**
**Clerk of Court**

Eric Smits
Chief Deputy Clerk

August 23, 2022

**CLERK, US DISTRICT COURT**
Eastern District of Washington
InterdistrictTransfer_WAED@waed.uscourts.gov

Re: Morris Bruce Jackson
Your No: 1:19-CR-02039-SMJ-1
Our No: 3:22-MJ-5162-DWC-1

Dear Clerk

An Order of Transfer was entered on 08/23/2022, transferring the above captioned case to your court pursuant to Rule 32.1. Attached you will find a PDF image of our *Internal* Docket Sheet and **all** documents contained in the Western District of Washington Court File.

Please acknowledge receipt by returning a stamped copy of this letter to me at Kim_Brye@wawd.uscourts.gov.

Sincerely,

RAVI SUBRAMANIAN,
District Court Executive

By Kim Brye
Deputy Clerk

Enc: Financial Affidavit, Case File

15