PROB 12C
(6/16)

Report Date: June 24, 2022

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 24, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Morris Bruce Jackson | Case Number: 0980 1:19CR02039-SMJ-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Underwood, Washington 98651 | |
| Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge | |
| Date of Original Sentence: May 27, 2022 | |
| Original Offense: Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | |
| Original Sentence: Prison - 1016 days; TSR - 36 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Richard Cassidy Burson | Date Supervision Commenced: May 27, 2022 |
| Defense Attorney: Kenneth D. Therrien | Date Supervision Expires: May 26, 2025 |

### PETITIONING THE COURT

To issue a warrant.

On May 27, 2022, Morris Bruce Jackson began his term of supervised release. On June 6, 2022, a probation officer reviewed the judgment and sentence with Mr. Jackson by telephone; he acknowledged a full understanding of his conditions of supervised release.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2:** After initially reporting to the probation officer, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed |
| | **Supporting Evidence:** Mr. Jackson is considered to be in violation of his conditions of supervised release by failing to telephonically report on June 16 and 23, 2022. |
| | On June 16, 2022, a probation officer left a voice message on Mr. Jackson's cellular phone directing Mr. Jackson to contact the probation office in Yakima, Washington. Mr. Jackson failed to call the probation office as directed. |
| | On June 23, 2022, this officer left a voice message on Mr. Jackson's cellular phone directing Mr. Jackson to call this officer back by 5 p.m. on June 23, 2022. Mr. Jackson failed to call this officer back as directed. On June 24, 2022, this officer once again attempted to contact Mr. Jackson on his cellular phone and the call was unanswered. |

Prob12C
**Re: Jackson, Morris Bruce**
**June 24, 2022**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 24, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

06/24/2022

Date