FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 11, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>MORRIS BRUCE JACKSON,<br><br>             Defendant. | NO. 1:19-CR-02039-SAB-1<br><br>**ORDER DIRECTING RELEASE OF DEFENDANT**<br><br>**\*\*U.S. MARSHALS SERVICE ACTION REQUIRED \*\*** |

     A supervised release violation hearing was held on October 11, 2022 in Yakima, Washington. Defendant was present in the custody of the U.S. Marshals Service. He was represented by Troy Lee. The United States was represented by Richard Burson.

     At the hearing, Defendant admitted to committing the alleged violation. The Court sentenced him to credit for time served and ordered him to remain on supervised release.

//
//
//
//
//

**ORDER DIRECING RELEASE OF DEFENDANT** ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The U.S. Marshals Service is **directed** to immediately release Defendant from custody.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel and the U.S. Marshals Service.

**DATED** this 11th day of October 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER DIRECING RELEASE OF DEFENDANT** ~ 2