PROB 12C
(6/16)

Report Date: October 20, 2022

## United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 20, 2022

SEAN F. MCAVOY, CLERK

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Morris Bruce Jackson    Case Number: 0980 1:19CR02039-SAB-1

Address of Offender: ███████████████████ Underwood, Washington 98651

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: May 27, 2022

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2)

Original Sentence:    Prison - 1016 days;    Type of Supervision: Supervised Release
                      TSR - 36 months

Revocation Sentence:    Prison- 50 days
(October 11, 2022)      TSR- 34 months

Asst. U.S. Attorney:    Richard Cassidy Burson    Date Supervision Commenced: October 11, 2022

Defense Attorney:    Troy Joseph Lee    Date Supervision Expires: August 10, 2025

## PETITIONING THE COURT

To issue a warrant.

On October 11, 2022, Morris Bruce Jackson began his term of supervised release. On October 11, 2022, this officer reviewed the judgment and sentence with Mr. Jackson; he signed his judgment and sentence acknowledging a full understanding of his conditions of supervised release.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2:** After initially reporting to the probation officer, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed |
|  | **Supporting Evidence:** Mr. Jackson is considered to be in violation of his conditions of supervised release by failing to report to the U.S. Probation Office in the Western District of Washington as directed on October 17 and 18, 2022. |
|  | On October 11, 2022, after his supervised release revocation hearing, this officer directed Mr. Jackson to report to the U.S. Probation Office in Vancouver, Washington, at 11 a.m. on October 17, 2022, to begin the process of transferring his supervised release to the Western District of Washington. Mr. Jackson was provided the reporting instructions verbally, as |

Prob12C
**Re: Jackson, Morris Bruce**
**October 20, 2022**
Page 2

well as in writing. Mr. Jackson acknowledged the reporting instructions and made a commitment to report as directed.

Mr. Jackson failed to report as directed on October 17, 2022. This officer spoke with Jackson on the telephone in the afternoon on October 17, 2022, and he reported he did not have a ride to Vancouver, Washington, to check in as directed. This officer directed Mr. Jackson to report to the probation office in Vancouver, Washington, on October 18, 2022, at 12 p.m. or court action would be requested.

Once again, Mr. Jackson failed to report as directed on October 18, 2022. He called this officer and left a voice message stating he did not have a ride to report. This officer attempted to call Mr. Jackson on October 19, 2022, and left a voice message directing Mr. Jackson to call this officer. As of submission of this report, Mr. Jackson failed to call this officer as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 20, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

10/20/2022
Date