PROB 12C
(6/16)

Report Date: August 10, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 10, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Morris Bruce Jackson          Case Number: 0980 1:19CR02039-SAB-1

Address of Offender: ███████████████ Underwood, Washington 98651

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: May 27, 2022

Original Offense:     Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), and 924(a)(2)

Original Sentence:    Prison - 1016 days            Type of Supervision: Supervised Release
                      TSR - 36

Revocation Sentence:  Prison- 50 days
(October 11, 2022)    TSR- 34 months

Asst. U.S. Attorney:  Richard Burson              Date Supervision Commenced:  October 11, 2022

Defense Attorney:     Troy Joseph Lee             Date Supervision Expires:  August 10, 2025

---

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court on October 20, 2022.

On October 11, 2022, Morris Bruce Jackson began his term of supervised release. On October 11, 2022, this officer reviewed the judgment and sentence with Mr. Jackson; he signed his judgment and sentence acknowledging a full understanding of his conditions of supervised release.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: Mr. Jackson is considered to be in violation of his supervised release conditions by driving under the influence of intoxicants, in violation of Oregon Revised Statutes (ORS) 813.010, on July 14, 2023. |
| | A summary of the Hood River Police Department (HRPD), incident report P230779, reflects that on July 14, 2023, HRPD initiated a traffic stop on a vehicle Mr. Jackson was driving in the city limits of Hood River, Oregon. When HRPD contacted Mr. Jackson, his eyes were bloodshot and there was a very strong odor of cannabis emitting from his vehicle. |

Prob12C
**Re: Jackson, Morris Bruce**
**August 10, 2023**
**Page 2**

Mr. Jackson did not have a driver's license or any form of identification to provide HRPD and the offender provided a false name and date of birth. Eventually, Mr. Jackson was placed under arrest for driving under the influence of intoxicants and HRPD looked in the offender's car for his identification. HRPD was unable to locate any form of identification; however, they discovered a cannabis pipe on the driver's seat where the offender was sitting and a cannabis grinder. On the driver's floorboard drug paraphernalia was discovered and in the center console there was a small mason jar containing cannabis and a methamphetamine pipe.

HRPD transported Mr. Jackson to the police department and determined the offender's real identification with the help of the Columbia River Inter-Tribal Police; HRPD then applied for a warrant to retrieve a blood sample from Mr. Jackson. The warrant for a blood sample was approved and Mr. Jackson was transported to Hood River Hospital to provide blood samples. The blood samples were sent for testing and results are not available to this officer at this time.

3   **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

   **Supporting Evidence**: Mr. Jackson is considered to be in violation of his supervised release conditions by giving false information to a peace officer in connection with a citation or warrant, in violation of ORS 162.385, on July 14, 2023.

   See the narrative in violation #2 for supporting evidence.

4   **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

   **Supporting Evidence**: Mr. Jackson is considered to be in violation of his supervised release conditions by possessing marijuana/cannabis on or about July 14, 2023.

   See the narrative in violation #2 for supporting evidence.

5   **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

   **Supporting Evidence**: Mr. Jackson is considered to be in violation of his supervised release conditions by leaving the district and being in Oregon without permission from the Court or the probation officer on July 14, 2023.

   Mr. Jackson was arrested by HRPD in the District of Oregon on July 14, 2023. Mr. Jackson never requested permission to travel or reside in the District of Oregon. See the narrative in violation #2 for supporting evidence.

Prob12C
**Re: Jackson, Morris Bruce**
**August 10, 2023**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 10, 2023

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

8/10/2023
Date